443 A.2d 369

Commonwealth v. Adair, Jr., Appellant.

Submitted September 23, 1981. James L. Goldsmith, for appellant; Marion E. MacIntyre, First Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

Order affirmed.